FILED
APR - 5 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
Springfield Division

Kevin Johnson

    Movant

v

                                            Case No 05-30011

                                            Judge

United States of America

    Respondent                     Related Case:

                                            ND Ill 14-CR-390

MOTION FOR RETURN OF SEIZED PROPERTY
PURSUANT TO FED.R.CRIM.P. 41(g)

    Comes Now the Movent, Kevin Johnson, and, he moves this Court to order the return of the following items of property, seized by the United States in this District on August 15, 2013:

    1)   Black Acer laptop, S/N 14001477076, and, charger;

    2)   Roadmaps of Iowa, Wisconsin, and, Utah

    3)   Books:

           a)   Shadowing, and, Surveillance;

           b)   Nutrition, and, Nutritional Physilogoy of the Fox;

           c)   Two Way Radios, and, Scanners, for Dummies;

    d) I Love Female Orgasms;

    e) Operation Bite Back;

    f) Amazon Autopilot;

    g) Access All Areas;

    h) Map Reading, and, Land Navigation;

    i) Incendiaries;

    j) Thinking Like a Terrorist;

    k) Wireless Reconaissance In Penetration Testing;

    l) Anonymity Security.

    m) Academic Paper -- Animal Testing With Speech Evaluation by Dana Morales;

    n) Nutrition, And, Nutritional Physiology of the Mink;

  4) 8/7/13 newspaper Juice;

  5) Magnet of Vermont state;

  6) Clothing:

    a) Camo gloves;

    b) headwear;

    c) Vasque green shows;

    d) one pair green boxer briefs;

    e) Chico bag;

    f) one pair black socks;

    g) reflective vest;

    h) camo land gear;

    i) black headgear;

    j) "Sea to Summit" socks;

    k) Simple shoes, size 10;

    l) miscellaneous clothes, and, bag;

    m) Brown Carhartt stocking cap;

    n) Black head covering;

    o) miscellaneous outerwear, gloves, and, shoes;

    p) clothing, shows, from black pastic bags.

  7) Antenna in plastic bag;

  8) Verizon wireless bill, and, First National Bank statement;

  9) Dell Inspiron 15-3521 laptop computer tag # SNNNDW1;

  10) Two Motorola radios yellow;

  11) Unidon scanner, serial #359218001895;

  12) Samsung Galaxy phone S4, two (2) batteries, and, charger, serial #5CH15452KV;

  13) Handwritten notes, and, pocket litter;

  14) Silver Kodak Easy Shoot C14 digital camera;

  15) Disposable nitrile gloves;

  16) Midland surveillance headsets;

  17) 16 oz bottle labelled "hydrogen peroxide;"

  18) Five (5) one-gallon bottles labelled "muriatic acid," two (2) two-quart-bottles labelled "bleach", Igloo cooler;

  19) Gray notebook;

  20) Relix Premium Concrete Stain (two (2) cans), Aircraft Paint Remover;

  21) Six (6) cans of paint;

  22) Bottle of bear deterrent, pressurized capsicum;

  23) Four (4) headlamps;

  24) Disposable gloves;

25) Ten (10) flash drives, and, one (1) SD card;

26) various cutting tools, miscellaneous tools, and, snips;

27) Stainless steel measuring cup;

28) Miscellaneous backpacks, and, trash bags;

29) Samsung Trac Phone S/N R21CA1KNDNJ;

30) iPod, white, 100GB;

31) Colostron "Retrace Delux;"

32) Vivitar Vivicam F128, black digital camera;

33) Red "Ace" bolt cutters, 36";

34) Yellow piece of paper with writing on it;

35) Trace materials.

In support, Johnson states as follows:

Factual Background
------------------

Kevin Johnson is a 29-year old man who lives in a 2003 green Toyota Prius. Johnson was arrested August 15, 2013, at 4:00 AM by the Woodford County Sheriff's Department near Roanoke, Illinois, after his Prius was pulled over by Deputies of that Department. Charged with possession of burglary tools in violation of 720 ILCS 5/19-2, Johnson was detained in the Woodford County Jail.

On August 18, 2013, the Federal Bureau of Investigation obtained a search warrant for Johnson's car, and, took into their possession the car, and, all of its

contents.  The car itself was subsequently returned to Johnson's mother November 2, 2015.  The remainder of the property, which comprise all of Johnson's worldly possessions, remain in federal custody.

On July 8, 2014, Johsnson was indicted in the Northern District of Illinois on two counts of violating 18 USC 43, Damaging An Animal Enterprise.  Johnson pled guilty to one count of the indictment, and, on February 29, 2016, Johnson was sentenced to 22 months imprisonment.  A condition of Johnson's plea is that he would be permitted to appeal the Constitutionality of 18 USC 43.  Johnson has not yet had a release date assigned, but, believes that his release date will be approximately May 20, 2016.

Argument
---------

Fed.R.Crim.P. 41(g) states that:

"A person aggrieved by ... the deprivation of property may move for the property's return.  The motion must be filed in the district where the property was seized.  The Court must receive evidence on any factual issue necessary to decide the motion.  If it grants the motion, the court must return the property to the movant, but, may impose reasonable conditions to protect access to the property, and, its use in later proceedings."

The property listed above was seized in the Central District of Illinois, thus, jurisdiction lies in this district. The property was seized pursuant to an investigation which resulted in the indictment of July 8, 2014. None of the property was introduced as evidence in that matter, and, no forfeiture order has been entered. Neither has any of the property been encumbered. The property is not contraband, nor is it unlawful to possess. Should Johnson's appeal be successful, there will be no retrial. Thus, at this point in time, there is no rationale for the continued detention of this property by the United States.

Similarly, the property consists of all of Johnson's worldly possessions. Johnson is about to be released from federal custody onto supervised release. To function in society, Johnson needs items such as his clothing, and, personal papers.

A motion under rule 41(g), filed after conclusions of the criminal case, is a civil action in equity. The Court has to weigh any need of the United States for the continued detention of the items seized against the presumptive right of their owner to their return. If there was a possibilty of a future trial in this matter, or, if there was a possiblity of some need of this property on appeal, then equity would lie with the United States for those specific items that it identifies as having potential evidentiary value. However, in this case, there is no potential evidentiary use of the seized items, and, these items are of no value for any ongoing

investigation. Further, Johnson will be prejudiced by the continuing detention of these items, as he has an immediate need for them.

For these reasons, equity weighs in favor of the return of these items, and, the grant of this motion for the return of seized property.

Respectfully Submitted,

Kevin Johnson #47353-424

Metropolitan Correctional Center -- Chicago

71 West Van Buren St

Chicago, IL 60605

CERTIFICATE OF SERVICE

I hereby certify that this Motion for Return Fo Seized Property Pursuant To Fed.R.Crim.P. 41(g), was mailed to the Clerk of the Court, 1st Class Postage Prepaid, this 28th day of March, 2016.

Kevin Johnson

FD-597 (Rev 8-11-94) Page ___ of ___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 266I-CG-3050846

On (date) 08/19/2013

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) 2003 _____ Toyota Prius, VIN JT2BK18V230076042, reg. to Kevin Johnson

(Street Address) 900 East Linton Avenue

(City) Springfield, Illinois

Description of Item(s):
1) Black Acer laptop (Aspire One) S/N 14601472076 and charger;
2) Road maps of Iowa, Wisconsin, and Utah;
3) Books, including a) Slaughtering and Service House, b) Nutrition and Nutritional Physiology of the Fox, c) Two-Way Radios and Scanners for Dummies, d) Illicit Female Hygiene, e) Operation Bite Back, f) Amazon Autopilot, g) Access All Areas, h) Map Reading and Land Navigation, i) Incendiaries, j) Thinking Like a Terrorist;
4) Academic paper - animal testing, with speech evaluation written by Dagmar Meseler;
5) 08/07/13 newspaper "Juice";
6) Magnet - Vermont state;
7) Camo gloves, camo headwear, Vasque green shoes, one pair green boxer briefs, Chico bag, one pair black socks;
8) "Nutrition and Nutritional Physiology of the Mink" book;
9) Antenna in plastic bag;
10) Verizon Wireless bill and First National Bank statements;
11) Dell Inspiron 15-3521 laptop computer, tag # SNNNAV1;
12) Two (2) Motorola radios, yellow;
13) Vuidio scanner, serial # 259-18001895;
14) Samsung phone, Galaxy S4, battery and charger, serial # SCH1545DKV

Received By: _____ Received From: _____
(Signature)                                                (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 266J-CG-3050846

On (date) 08/19/2013

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) 2003 Toyota Prius, VIN JT2BK18U230076042, reg. to Kevin Johnson
(Street Address) 900 East Linton Avenue
(City) Springfield, Illinois

Description of Item(s): 15) Handwritten notes/pocket litter;
16) Silver Kodak EasyShare C142 digital camera;
17) Disposable nitrile gloves;
18) Midland surveillance headsets;
19) 16 oz bottle labelled "hydrogen peroxide";
20) R.H. discreet, concealed gear black headgear, "Scott Summit" socks;
21) Five (5) one-gallon bottles labelled "nitric acid", two (2) two-quart bottles labelled "bleach" in glass container;
22) Gray notebook;
23) R.H. Precision Concrete Stain (two (2) cans), Aircraft Paint Remover;
24) Six (6) cans of paint;
25) R.H. latex coat, pressurized sprayers;
26) Four (4) headlamps;
27) Disposable gloves;
28) Ten (10) flashlights and one (1) SD card;
29) Various cutting tools, miscellaneous tools and wipes;
30) Miscellaneous clothes and bag;
31) Sample shoes, size 10;
32) R.H. Cool-It shooting ear;
33) Black sports gloves with residue;

Received By: (signature) Received From: _____ (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # 266J-CC-7050846

On (date) 08/19/2013

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) 2003 gray Toy! [illegible], VIN JT[illegible], reg. to Kevin Johnson

(Street Address) 900 East Linton Avenue

(City) Springfield, Illinois

Description of Item(s):
34) Black hard covering;
35) Stainless steel covering cup;
36) Misc Hanover outerwear, backpacks, gloves, shoes, and tank tops;
37) Books including a) Wireless Reconnaissance in Penetration Testing; b) Airport Security;
38) Samsung Tan phone, S/N R21CA1KN3N1;
39) DJI white 160GB;
40) Codectron "Return Drive";
41) Vivitar Vivicam F128, black digital camera;
42) Red "Ace" belt or hose, 36";
43) Yellow piece of paper with writing on it;
44) Clothing and shoes from black plastic bags found in backseat (outer clothing has visible fibers possibly [illegible]);
45) Trace materials from trunk [illegible];
46) Trace materials from trunk;
47) Trace materials from front seat;

Nothing follows
[illegible] 08/19/2013

Received By: _____ (Signature)    Received From: _____ (Signature)




Clerk, United States District Court for Central District Illinois
Paul Findley Federal Building and United States Courthouse
600 E Monroe Street, Room 151
Springfield, IL 62701

LEGAL MAIL

LEGAL MAIL

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

Date: 29 MAR 16

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Metropolitan Correctional Center
71 W Van Buren St
Chicago, IL 60605