

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
　　CLERK

312-435-5698

April 25, 2016

In Re:　　Johnson v. United States of America

USDC for the Northern District of Illinois Case No: **16 CV 4620**

This is to advise the parties that the above titled case has been electronically transferred to the Northern District of Illinois from the Central District of Illinois (**3:16-cv-03112**). The case has been assigned number **16 CV 4620** to the Honorable Amy J. St. Eve.

　　　　　　　　　　　　　　　　Sincerely yours,
　　　　　　　　　　　　　　　　Thomas G. Bruton, Clerk

　　　　　　　　　　　　　　By:　　Prisoner Correspondence
　　　　　　　　　　　　　　　　　　Deputy Clerk