# UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:16−cv−04620 |
|  | Honorable Amy J. St. Eve |
| United States of America | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 26, 2016:

MINUTE entry before the Honorable Amy J. St. Eve: Government's response to defendant's motion for return of seized property shall be filed by 5/10/16. Defendant's reply shall be filed by 5/17/16. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.